**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:23-cv-08017-TJH-KES                    Date:  December 27, 2023

Title: Nicholas Glaros v. State of California Dept. of Transportation Cal Trans, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER Requiring Response to OSC re Failure to Complete Service**

Plaintiff Nicholas Glaros ("Plaintiff") filed this action on September 25, 2023. (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on December 26, 2023, Plaintiff has not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, on or before **January 17, 2024**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant(s).