1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | NICHOLAS GLAROS,

12 |        Plaintiff,

13 |     v.

14 | STATE OF CALIFORNIA DEPT.

15 | OF TRANSPORTATION CAL

16 | TRANS, et al.,

17 |       Defendants.

Case No. 2:23-cv-08017-TJH-KES

ORDER ACCEPTING REPORT AND
RECOMMENDATION OF U.S.
MAGISTRATE JUDGE

18
19
20

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all

21 the records and files herein, along with the Report and Recommendation of the

22 United States Magistrate Judge (Dkt. 43).  Further, the Court has engaged in a de

23 novo review of those portions of the Report and Recommendation to which

24 objections (Dkt. 45) have been made.  The Court accepts the findings, conclusions,

25 and recommendations of the United States Magistrate Judge.

26       IT IS THEREFORE ORDERED that (1) the parties' requests for judicial

27 notice (Dkt. 15-1, 40) are GRANTED; (2) Defendant CalTrans's motion to dismiss

28

the operative first amended complaint (Dkt. 15) is GRANTED without leave to amend; (3) all other motions to dismiss the first amended complaint (Dkt. 27, 29, 41, 42) are DENIED as moot; (4) Plaintiff's motion for leave to file a proposed second amended complaint (Dkt. 31) is DENIED; and (5) Judgment be entered for all Defendants and against Plaintiff.


DATED: JULY 1, 2024

_____

HON. TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE