JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GLAROS, | Case No. 2:23-cv-08017-TJH-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA DEPT. OF TRANSPORTATION CAL TRANS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint (Dkt. 7) and entire action is dismissed with prejudice.

DATED: JULY 1, 2024

_____
HON. TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE